```
 1
 2
 3
 4
 5
 6
 7
```

                    FILED
              CLERK, U.S. DISTRICT COURT

                  DEC 15 2009

              CENTRAL DISTRICT OF CALIFORNIA
              BY                      DEPUTY

```
 8                  UNITED STATES DISTRICT COURT
 9                 CENTRAL DISTRICT OF CALIFORNIA
10
11  DAVID A. BOULIGNY aka        )   NO. CV 09-8075-GAF(E)
    DAVID A. BOLINI,             )
12                               )
13               Petitioner,     )   ORDER ADOPTING FINDINGS,
                                 )
14       v.                      )   CONCLUSIONS AND RECOMMENDATIONS
                                 )
15  LARRY SMALL, Warden,         )   OF UNITED STATE MAGISTRATE JUDGE
                                 )
16               Respondent.     )
                                 )
17
18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the
19  Petition and the attached Report and Recommendation of United States
20  Magistrate Judge.  The Court approves and adopts the Magistrate
21  Judge's Report and Recommendation.
22
23       IT IS ORDERED that Judgment be entered denying and dismissing the
24  Petition without prejudice.
25  ///
26  ///
27  ///
28  ///
```

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by United States mail on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 12/11/09

GARY A. FEESS
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  DAVID A. BOULIGNY aka          )   NO. CV 09-8075-GAF(E)
    DAVID A. BOLINI,               )
12                                 )
                                   )
13            Petitioner,          )   REPORT AND RECOMMENDATION OF
                                   )
14       v.                        )   UNITED STATES MAGISTRATE JUDGE
                                   )
15  LARRY SMALL, Warden,           )
                                   )
16            Respondent.          )
                                   )
17  _____)

18       This Report and Recommendation is submitted to the Honorable
19  Gary A. Feess, United States District Judge, pursuant to 28 U.S.C.
20  section 636 and General Order 05-07 of the United States District
21  Court for the Central District of California.
22
23                            PROCEEDINGS
24
25       Petitioner filed a "Petition for Writ of Habeas Corpus By a
26  Person in State Custody" on November 4, 2009.  It plainly appears from
27  the face of the Petition that Petitioner is not entitled to relief at
28  this time.  Consequently, the Petition should be denied and dismissed



without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

## BACKGROUND

The Petition challenges a 2007 Los Angeles Superior Court conviction that the California Court of Appeal affirmed in 2008 (Petition at 2-3). According to the Petition, the only document Petitioner has ever filed in the California Supreme Court in connection with the challenged conviction is a habeas corpus petition that remains pending (Petition at 2-5).

## DISCUSSION

A federal court will not grant a state prisoner's petition for writ of habeas corpus unless it appears that the prisoner has exhausted available state remedies. 28 U.S.C. § 2254(b) - (c); Reese v. Baldwin, 541 U.S. 27, 29 (2004); O'Sullivan v. Boerckel, 526 U.S. 838, 842 (1999). Petitioner has the burden of demonstrating he has exhausted available state remedies. Lambert v. Blackwell, 134 F.3d 506, 513 (3d Cir. 1997), cert. denied, 532 U.S. 919 (2001); Matthews v. Evatt, 105 F.3d 907, 911 (4th Cir.), cert. denied, 522 U.S. 833 (1997); Parra v. San Jose City, 2003 WL 22384775, at *1 (N.D. Cal., Oct. 8, 2003).

State remedies have not been exhausted unless and until the petitioner's federal claims have been fairly presented to the state's highest court. See Castille v. Peoples, 489 U.S. 346, 350-51 (1989);



1 James v. Borg, 24 F.3d 20, 24 (9th Cir.), cert. denied, 513 U.S. 935
2 (1994). A claim has not been fairly presented unless the petitioner
3 has described in the state court proceedings both the operative facts
4 and the federal legal theory on which his claim is based. Duncan v.
5 Henry, 513 U.S. 364, 365-66 (1995).

7 None of Petitioner's claims are exhausted. See Carothers v.
8 Rhay, 594 F.2d 225, 228 (9th Cir. 1979) ("[s]tate remedies have not
9 been exhausted unless . . . the highest state court has disposed of
10 the claim on the merits"). Accordingly, this Court should not reach
11 the merits of Petitioner's claims. See Rose v. Lundy, 455 U.S. 509,
12 522 (1982).[1]

**RECOMMENDATION**

For all of the foregoing reasons, IT IS RECOMMENDED that the Court issue an Order: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying and dismissing the Petition without prejudice.

DATED: November 6, 2009.

/S/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

---

[1] In Rhines v. Weber, 544 U.S. 269, 277-78 (2005), the United States Supreme Court held that, in "limited circumstances," a district court has discretion to stay and hold in abeyance a mixed habeas corpus petition pending exhaustion of state remedies. Rhines v. Weber has no applicability to a completely unexhausted petition such as the Petition here. See Rasberry v. Garcia, 448 F.3d 1150, 1154 (9th Cir. 2006).



3

**NOTICE**

Reports and Recommendations are not appealable to the Court of Appeals, but may be subject to the right of any party to file objections as provided in the Local Rules Governing the Duties of Magistrate Judges and review by the District Judge whose initials appear in the docket number. No notice of appeal pursuant to the Federal Rules of Appellate Procedure should be filed until entry of the judgment of the District Court.