FILED
DEC 15 2009
CENTRAL DISTRICT OF CALIFORNIA
BY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID A. BOULIGNY aka DAVID A. BOLINI,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LARRY SMALL, Warden,<br><br>　　　　　Respondent. | NO. CV 09-8075-GAF(E)<br><br>JUDGMENT |

　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: 12/11/09

/s/ Gary A. Feess
GARY A. FEESS
UNITED STATES DISTRICT JUDGE